**JASON K. SINGLETON,** State Bar #166170
jasn@singletonlawgroup.com
**RICHARD E. GRABOWSKI,** State Bar #236207
rgrabowski@mckinleyville,net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX (707) 441-1533**

Attorney for Plaintiff, JEFF HOHLBEIN

**JONE LEMONS,** State Bar #135210
jlemons@mcn.org
**237 E. Laurel St.**
**Fort Bragg, CA 95437**
**(707) 962-0322**
**FAX (707) 962-9033**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF HOHLBEIN,** | Case No. CV-10-00394-NJV |
| Plaintiff, | STIPULATION AND (~~Proposed~~) ORDER TO SET ASIDE DEFAULT AGAINST DEFENDANTS JAGDISH P. PATEL AND MJCM MOTEL LLC AND OF DISMISSAL WITH PREJUDUCE |
| v. | |
| **JAGDISH P. PATEL, aka JAY PATEL, dba ECONO LODGE, MJCM MOTEL LLC, a California Limited Liability Company, and DOES ONE to FIFTY, inclusive,** | |
| Defendants. | |

Pursuant to FRCivP 16(d), the parties stipulate, and the Court hereby orders as follows:

1.   The Default, and any Default Judgment, which has been entered against Defendants Jagdish P. Patel and MJCM Motel, LLC shall be set aside.

///

///

2. The Parties have agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

**SINGLETON LAW GROUP**

Dated: May 17, 2010        /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **JEFF HOHLBEIN**


Dated: May 14, 2010        /s/ Jone Lemos
Jone Lemos, Attorney for Defendants
**JAGDISH P. PATEL, dba ECONO LODGE, MJCM MOTEL LLC**

## ORDER TO SET ASIDE DEFAULT AND OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation to Set Aside Default and of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The Default for Defendants Jagdish P. Patel and MJCM Motel LLC is set aside.
2. The action <u>Jeff Hohlbein v. Jagdish P. Patel, et al.</u>, Case Number CV-10-00394-NJV is dismissed with prejudice with each party to bear his or her own attorneys fees and costs.

Dated: 5/17/10        _____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE